UNITED STATES DISTRIC COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MARON CONSTRUCTION CO., INC. | : | |
| | : | |
| V. | : | C.A. NO. 04-398ML |
| | : | |
| NORTHEAST PANEL CO., LLC., aka NORTHEAST PANEL CO., and BERTRAND K. ROMPRE, individually and in his capacity as Manager of NORTHEAST PANEL CO., LLC | : | |

**MOTION OF JOHN E. BULMAN TO WITHDRAW**

John E. Bulman hereby moves this Court for an order permitting his withdrawal from representation of Northeast Panel Co, LLC and Bertrand K. Rompre in the above referenced matter, a matter currently stayed by order of the Court dated February 18, 2005. In support of this motion, John E. Bulman relies on:

1. The attached Memorandum in Support.
2. The attached affidavit relating to military service.
3. The attached Local Rule 206(2) Certifications and Representations

Defendants,
NORTHEAST PANEL CO., LLC a.k.a.
NORTHEAST PANEL CO. and
BERTRAND ROMPRE, individually and in his
Capacity as Manager of Northeast Panel Co., LLC

By its attorney,

John E. Bulman (#3147)
Little, Medeiros, Kinder,
Bulman & Whitney, PC
72 Pine Street
Providence, RI 02903
Tel: (401) 272-8080

Fax: (401) 272-8195

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of March, 2006 I served by first-class mail, certified mail and facsimile a true copy of the within Motion to Withdraw to:

Bertrand K. Rompre
Northeast Panel Company LLC
325 Main Street
Farmington, CT 06032

I further certify that on this 9th day of March, 2006, I served by first-class mail a true copy of the within Motion to Withdraw to:

Charles S. Kirwan, Esq.
Charles S. Kirwan & Associates
204 King Phillip Street
Providence, RI 02909

William A. Poore, Esq.
Poore & Rosenbaum
The Commerce Center
30 Exchange Terrace
Providence, RI 02903

j/northeastpanel/MotWithdraw

UNITED STATES DISTRIC COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MARON CONSTRUCTION CO., INC. | : | |
| | : | |
| V. | : | C.A. NO. 04-398ML |
| | : | |
| NORTHEAST PANEL CO., LLC., aka | : | |
| NORTHEAST PANEL CO., and | : | |
| BERTRAND K. ROMPRE, individually | : | |
| and in his capacity as Manager of | : | |
| NORTHEAST PANEL CO., LLC | : | |

**MEMORANDUM IN SUPPORT OF MOTION OF JOHN E. BULMAN TO WITHDRAW**

Pursuant to Local Rule 6 (d), your Movant John E. Bulman seeks leave of the Court to withdraw from the representation of Northeast Panel Co. LLC and Bertrand K. Rompre. In support of this motion, John Bulman states as follows:

1. This matter is currently stayed by this Court's order dated February 18, 2005.
2. At this time, there are no motions or other proceedings scheduled before this Court.
3. This matter is currently in arbitration proceedings before William Poore, Esq.
4. Within the meaning of Rule 1.17 (b) (4) and (5) of the Rules of Professional Conduct, more than adequate cause exists to allow withdrawal.
5. In particular, Northeast Panel and Mr. Rompre have failed substantially fulfill their obligations pursuant to this firm's engagement letter and they were given reasonable warnings by letter (sent by facsimile and regular mail) dated January

23, 2006, February 2, 2006 and March 7, 2006 that withdrawal would occur unless the obligations were fulfilled. The obligations remain unfulfilled.

6. Continued representation will result in an unreasonable financial burden on John Bulman.
7. In the context of this matter, withdrawal can be accomplished without material adverse effect on Northeast Panel and Mr. Rompre, particularly since no proceedings are imminent in this Court.
8. With respect to the arbitration, any issues concerning withdrawal are properly before William Poore, the arbitrator having jurisdiction in the matter. Nonetheless, Mr. Poore has cancelled all scheduled hearings and will reschedule them "upon request of the parties and/or counsel." (See Ex. A, hereto)
9. Current addresses for the parties are:
    - Northeast Panel Company LLC, 325 Main Street, Farmington, CT 06032. Telephone 860-678-9078.
    - Mr. Bertrand Rompre, Northeast Panel Company LLC, 325 Main Street, Farmington, CT 06032. Telephone 860-678-9078.

Pursuant to Rule 1.17, several separate grounds exist permitting withdrawal in this matter. John Bulman respectfully requests leave of court to withdraw in this matter.

Defendant,
NORTHEAST PANEL CO., LLC a.k.a.
NORTHEAST PANEL CO. and
BERTRAND ROMPRE, individually and in his
Capacity as Manager of Northeast Panel Co., LLC

By its attorney,

John E. Bulman (#3147)
Little, Medeiros, Kinder,
Bulman & Whitney, PC
72 Pine Street
Providence, RI 02903
Tel: (401) 272-8080
Fax: (401) 272-8195

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of March, 2006 I served by first-class mail, certified mail and facsimile a true copy of the within Memorandum in Support of Motion to Withdraw to:

Bertrand K. Rompre
Northeast Panel Company LLC
325 Main Street
Farmington, CT 06032

I further certify that on this 9th day of March, 2006, I served by first-class mail a true copy of the within Memorandum in Support of Motion to Withdraw to:

Charles S. Kirwan, Esq.
Charles S. Kirwan & Associates
204 King Phillip Street
Providence, RI 02909

William A. Poore, Esq.
Poore & Rosenbaum
The Commerce Center
30 Exchange Terrace
Providence, RI 02903