# POORE & ROSENBAUM LLP

A T T O R N E Y S A T L A W

WILLIAM A. POORE
STEVEN ROSENBAUM*

NICHOLAS A. LAMBROS*
CHRISTOPHER J. O'CONNOR

*Also licensed in MA

Commerce Center
30 Exchange Terrace
Providence, Rhode Island 02901-1117
Telephone (401) 831-2600
Fax (401) 831-2220

March 9, 2006

Via Facsimile and U.S. Mail

Charles S. Kirwan, Esq.
Charles S. Kirwan & Associates
204 King Philip Street
Providence, RI 02909

John Bulman, Esq.
Little Medeiros Kinder Bulman & Whitney
72 Pine Street
Providence, RI 02903

**Re: Maron Construction Co., Inc. v. Northeast Panel Co. and Bertrand Rompre**
**C.A. No. 04-398ML**

Gentlemen:

I have been advised as of March 8, 2006 that counsel for Northeast Panel Co. and Bertrand Rompre has withdrawn from further representation of the clients, and that a motion to withdraw has been filed in the pending federal court litigation. Therefore, under the circumstances, I intend to cancel the arbitration hearings presently scheduled in this matter, (March 16, 2006, March 17, 2006, March 21, 2006 and March 22, 2006) and will reassign the case for hearing upon request of the parties and/or counsel. Thank you.

Very truly yours,

POORE & ROSENBAUM LLP

William A. Poore

WAP/hja
*Dictated but not read*