UNITED STATES DISTRIC COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MARON CONSTRUCTION CO., INC. | : | |
| | : | |
| V. | : | C.A. NO. 04-398ML |
| | : | |
| NORTHEAST PANEL CO., LLC., aka NORTHEAST PANEL CO., and BERTRAND K. ROMPRE, individually and in his capacity as Manager of NORTHEAST PANEL CO., LLC | : | |

**AFFIDAVIT RELATING TO MILITARY SERVICE**

I, John E. Bulman, hereby certify that based on my knowledge, information and belief, Bertrand K. Rompre and Northeast Panel Co., LLC are not in the military service of the United States as defined in the Soldiers' and Sailors' Civil Relief Act [50 App. U.S.C. § 501 *et seq*], as amended.

John E. Bulman (#3147)
Little, Medeiros, Kinder,
Bulman & Whitney, PC
72 Pine Street
Providence, RI 02903
Tel: (401) 272-8080
Fax: (401) 272-8195

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

In Providence, on this 9th day of March, 2006, personally appeared before me, John E. Bulman, known to me and known by me to be the party executing the foregoing instrument, and acknowledged said instrument by him subscribed to be his free act and deed.

Wendy R Novak
Notary Public WENDY R. NOVAK
My Commission Expires: 05/30/09

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of March, 2006 I served by first-class mail, certified mail and facsimile a true copy of the within Affidavit Relating to Military Service to:

Bertrand K. Rompre
Northeast Panel Company LLC
325 Main Street
Farmington, CT 06032

I further certify that on this 9th day of March, 2006, I served by first-class mail a true copy of the within Affidavit Relating to Military Service to:

Charles S. Kirwan, Esq.
Charles S. Kirwan & Associates
204 King Phillip Street
Providence, RI 02909

William A. Poore, Esq.
Poore & Rosenbaum
The Commerce Center
30 Exchange Terrace
Providence, RI 02903

F:\JOHN\Northeast Panel\Affidavit not military.doc