UNITED STATES DISTRIC COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MARON CONSTRUCTION CO., INC. | : | |
| | : | |
| V. | : | C.A. NO. 04-398ML |
| | : | |
| NORTHEAST PANEL CO., LLC., aka NORTHEAST PANEL CO., and BERTRAND K. ROMPRE, individually and in his capacity as Manager of NORTHEAST PANEL CO., LLC | : | |

**LOCAL RULE 206 (2) CERTIFICATION AND REPRESENTATIONS**

I, John E. Bulman, hereby certify that Bertrand K. Rompre and Northeast Panel Co., LLC have been notified of John E. Bulman's Motion to Withdraw by both regular mail, postage prepaid, and by certified mail, return receipt requested, and by facsimile.

I, John E. Bulman, hereby certify that Bertrand K. Rompre and Northeast Panel Co., LLC have been advised that they may object to the motion and that any failure or delay in retaining substitute counsel may not be considered grounds for delaying the trial or any other matter scheduled in the case.

I, John E. Bulman, also represent to the Court that I have made a reasonable effort to confirm that notices sent to the address provided to the Court for Bertrand K. Rompre and Northeast Panel Co., LLC are likely to be received by the client and have in fact been received by the client.

There are no motions or other matters pending in this stayed case and there is no anticipated trial date given that the matter is being privately arbitrated.

John E. Bulman (#3147)
Little, Medeiros, Kinder,
Bulman & Whitney, PC
72 Pine Street
Providence, RI 02903
Tel: (401) 272-8080
Fax: (401) 272-8195

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of March, 2006 I served by first-class mail, certified mail and facsimile a true copy of the within Local Rule 206(2) Certification to:

Bertrand K. Rompre
Northeast Panel Company LLC
325 Main Street
Farmington, CT 06032

I further certify that on this 9th day of March, 2006, I served by first-class mail a true copy of the within Local Rule 206 (2) Certification to:

Charles S. Kirwan, Esq.
Charles S. Kirwan & Associates
204 King Phillip Street
Providence, RI 02909

William A. Poore, Esq.
Poore & Rosenbaum
The Commerce Center
30 Exchange Terrace
Providence, RI 02903

j/northeast/Rule 206(2) Certification