RECEIVED

JUN 26 2006

Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MARON CONSTRUCTION CO., INC. :
:
V. : C.A. NO. 04-398ML
:
NORTHEAST PANEL CO., LLC., aka :
NORTHEAST PANEL CO., and :
BERTRAND K. ROMPRE, individually :
and in his capacity as Manager of :
NORTHEAST PANEL CO., LLC :

**ORDER GRANTING MOTION TO WITHDRAW**

This matter was heard on the Motion of Attorney John E. Bulman and Little Medeiros Kinder Bulman & Whitney to Withdraw from representation of Defendants Northeast Panel Co., LLC and Bertrand K. Rompre in this matter. After consideration of the filings and arguments of counsel and Mr. Bertrand Rompre, it is hereby ordered:

1. The Motion to Withdraw is granted.
2. Northeast Panel Co., LLC and Bertrand K. Rompre shall have thirty (30) days to secure new successor counsel and have successor counsel enter an appearance in this matter.
3. If successor counsel is not obtained within thirty (30) days, Bertrand Rompre shall file an entry of appearance, *pro se*, to represent himself in these proceedings.

ENTERED: PER ORDER:

Mary M. Lisi USDJ Barbara Barletta

Date: 6/27/06

Presented by:

John E. Bulman (#3147)
Little, Medeiros, Kinder,
Bulman & Whitney, PC
72 Pine Street
Providence, RI 02903
Tel: (401) 272-8080
Fax: (401) 272-8195

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of June, 2006 I served by first-class mail, certified mail and facsimile a true copy of the within Order Granting Motion to Withdraw to:

Bertrand K. Rompre
Northeast Panel Company LLC
325 Main Street
Farmington, CT 06032

I further certify that on this 22nd day of June, 2006, I served by first-class mail a true copy of the within Order Granting Motion to Withdraw to:

Charles S. Kirwan, Esq.
Charles S. Kirwan & Associates
204 King Phillip Street
Providence, RI 02909

Wendy R Novak

F:\JOHN\Northeast Panel\Order Granting Withdrawal