UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Maron Construction

v.

CA 04-398ML

Northeast Panel Co., et al

ORDER

An order was entered on June 27, 2006 giving the defendant thirty (30) days to enter his appearance or obtain new counsel. There has been no further action since that date.

It is now ORDERED that this action will be dismissed as to the above-named defendants without prejudice and without costs within 15 days for lack of prosecution, unless plaintiff can show good cause as to why the case should not be dismissed. Local Rule 41.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
Chief U.S. District Judge
February 15, 2007

Entered as an Order of this Court on February 15, 2007

Barbara Barletta
Deputy Clerk