UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

MARON CONSTRUCTION CO., INC.

v. CA 04-398 ML

NORTHEAST PANEL CO., LLC., a.k.a.
NORTHEAST PANEL CO., and
BERTRAND K. ROMPRE, individually & in
his capacity as Manager of NORTHEAST
PANEL CO., LLC.

ORDER

This matter is before the Court on plaintiff's response to an order to show cause why this case should not be dismissed for lack of prosecution.

On June 27, 2006, this Court granted defendant's counsel's Motion to Withdraw and ordered defendant to enter his appearance *pro se* or to have successor counsel enter an appearance within 30 days of the date of entry of that order. Defendant has not complied with that order.

Plaintiff reports that it has attempted to have defendant complete the work. Plaintiff reports some success in securing relief from defendant.

The Court, therefore, makes the following orders:

1. Defendant Rompre shall enter an appearance *pro se* or have successor counsel file an entry of appearance within 10 days of the date of this order. Failure to comply with this order will result in the Court issuing an order to show cause why defendant Rompre should not be held in contempt.

2. Plaintiff shall either file a stipulation of voluntary dismissal or a dispositive motion within 60 days of the date of this order. Failure to comply with this order will result in the Court *sua sponte* dismissing this action for lack of prosecution.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
Chief Judge
March 6 , 2007