UNITED STATES DISTRIC COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MARON CONSTRUCTION CO., IN.C | : | |
| | : | |
| V. | : | C.A. NO. 04-398ML |
| | : | |
| NORTHEAST PANEL CO., LLC., aka NORTHEAST PANEL CO., and BERTRAND K. ROMPRE, individually and in his capacity as Manager of NORTHEAST PANEL CO., LLC | : | |

**STIPULATION TO STAY PENDING ARBITRATION**

The parties hereby agree and stipulate that this matter may be stayed pending arbitration in accordance with the attached agreement.

John E. Bulman, Esq. (#3147)
Attorney for the Defendants
Little Medeiros Kinder Bulman
& Whitney, PC
72 Pine Street
Providence, RI 02903
(401) 272-8080

Charles S. Kirwan, Esq. (#4050)
Attorney for the Plaintiff
Charles S. Kirwan & Associates
36 Park Place
Pawtucket, RI 02860
(401) 722-2500

**CERTIFICATION**

I hereby certify that I mailed a true copy of the within Stipulation to Charles S. Kirwan, Esq., Charles S. Kirwan & Associates, 36 Park Place, Pawtucket, RI 02860 on this 17th day of February, 2005.

Wendy R Novak

j/northeast/StayStipulation

# ARBITRATION SUBMISSION AGREEMENT

This Arbitration Submission Agreement ("Agreement") is entered into as of the 25TH day of January 2005, to secure final and binding arbitration to resolve all disputes, as specifically described herein, between Maron Construction Co., Inc. ("Maron") and Northeast Northeast Panel Co., LLC ("Northeast Panel") and Bertrand Rompre ("Rompre").

WHEREAS, the parties came to dispute various matters related to their course of dealings arising out of and relating to the construction Subcontract between Maron and Northeast Panel for completion of the specified scope of work pertaining to manufactured roof panels and sheetmetal flashing and trim ("Subcontract Agreement") on a project let by the Rhode Island Air National Guard ("RIANG") and known as "Addition to Squadron Operation Building and Repair Squadron Operation Building, Solicitation Number DAHA37-02-R-0109" ("the RIANG Construction Project");

WHEREAS, Maron commenced suit against Northeast Panel and Rompre in the United States District Court for the District of Rhode Island, captioned as Maron Construction Co., Inc. v. Northeast Panel Co., LLC a.k.a. Northeast Panel Co. and Bertrand Rompre, C.A. No. 04-398ML ("the Pending Litigation"), and now the parties to that litigation wish to resolve all claims and defenses in the Pending Litigation by final and binding arbitration;

NOW, THEREFORE, in consideration of the mutual promises contained herein, and intending to be legally bound, the parties AGREE as follows:

1. Maron and Northeast Panel agree to the following terms which shall, in addition to the terms of the Subcontract Agreement, govern arbitration proceedings in this matter.

2. Rompre and Maron each agree to arbitrate each other's claims against eachother in the Pending Litigation in accordance with the following terms.

3. It is understood and agreed that, by entering into this Agreement, the parties shall endeavor to agree upon a single mutually acceptable arbitrator who shall have all powers assigned to arbitrators by R.I.G.L. § 37-16-11.

4. Should the parties be unable to select and schedule a single mutually acceptable arbitrator on or before December 20, 2004, then any party shall thereupon have the right to petition the Presiding Justice of the Rhode Island Superior Court for appointment of a single arbitrator as provided by R.I.G.L. § 37-16-2.

5. The selected or appointed arbitrator shall hear and decide all of the parties' respective claims and defenses arising out of or related to their course of dealings and disputes relating to the RIANG Construction Project and the Pending Litigation and shall provide a written explanation of the reasoning for the award.

6. With regard to claims between Maron and Northeast Panel, the arbitrator shall tax the arbitrator's fees, reasonable attorneys' fees and court costs in favor of the prevailing party in the arbitration and shall award prejudgment interest on any award in favor of the prevailing party in accordance with the Subcontract Agreement. With regard to claims by Maron against Rompre, the arbitrator shall have the powers exercisable by arbitrators under R.I.G.L. § 37-16-1, et seq.

7. As between the Claimant Maron and Respondent Northeast Panel, the prevailing party shall likewise be entitled to an award of reasonable attorneys' fees and court costs incurred in connection with the confirmation and enforcement of any award not paid by the losing party within the period established by the arbitrator in the award. With regard to claims by Claimant Maron against Respondent Bertrand Rompre, the provisions of R.I.G.L. § 37-16-1, et seq. shall control.

8. The parties agree to enter into a mutually agreeable stipulation to stay the Pending Litigation.

9. This Agreement shall be executed as two (2) duplicate originals, consists of three (3) pages, Upon final execution, Maron on the one hand, and one the other, Northeast Panel and Rompre, shall be provided one fully executed original Agreement.

IN WITNESS WHEREOF, each party now executes this Agreement and promises and agrees to be legally bound by its foregoing terms.

NORTHEAST PANEL CO., LLC

By: [signature] BERTRAND K. ROMPRE

Its: MANAGER

Sworn to and subscribed before me this 31 day of January, 2005.

Notary: [signature] Joan H. Moynihan

My commission expires: 8-31-08

BERTRAND ROMPRE

By: [signature]

Its: MANAGER

Sworn to and subscribed before me this 31 day of January, 2005.

Notary: Joan H. Mazjuhan

My commission expires: 8-31-08

Maron Construction ~~Company, Inc~~.

By:

Its: VICE PRESIDENT

Sworn to and subscribed before me this 12th day of FEBRUARY ~~January~~, 2005.

Notary:

My commission expires: 10-05-08