UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MARON CONSTRUCTION CO., INC.
Plaintiff

v. C.A. No. 04 – 398ML

NORTHEAST PANEL CO., LLC., a.k.a.
NORTHEAST PANEL CO., and
BERTRAND K. ROMPRE, individually & in his
capacity as Manager of NORTHEAST PANEL CO., LLC,
Defendants

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT**

NOW COMES Plaintiff Maron Construction Co., Inc. (hereinafter "Plaintiff"), by and through its undersigned counsel, and moves that the Clerk of the United States District Court for the District Court of Rhode Island, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure enter default against the Defendants Northeast Panel Co., LLC and Bertrand K. Rompre. The Defendants Northeast Panel Co., LLC and Bertrand K. Rompre were each served with the complaint in this matter. Service on the Defendants was effectuated by certified mail return receipt. The summonses and returned certified mail receipts were previously filed with the Court. More than twenty (20) days have passed after service and neither Defendant has filed an answer or responsive pleading with the Court.

Plaintiff supports this motion with the requisite memorandum of points and authorities filed herewith.

WHEREFORE, the plaintiff requests this default enter in accordance with Rule 55(a) against Defendants Northeast Panel Co., LLC and Bertrand K. Rompre.

Respectfully submitted,

Plaintiff Maron Construction Co., Inc.

**/s/ Charles S. Kirwan____________**
Charles S. Kirwan, Esquire (4050)
Charles S. Kirwan & Associates
204 King Philip Street
Providence, Rhode Island 02909-5751
(401) 359-1166
(401) 272-6875 (Fax)

CERTIFICATION OF SERVICE

I hereby certify that on this 24th day of April, 2007, that I caused a true copy of the foregoing to be transmitted via telecopier and mailed U.S. Postal Service Overnight Express Mail postage prepaid to the Defendants in this action: Bertrand K. Rompre and Northeast Panel Company LLC, 325 Main Street, Farmington, CT 06032.

**/s/ Charles S. Kirwan____________**
Charles S. Kirwan

**UNITED STATES DISTRICT COURT**
FOR THE DISTRICT OF RHODE ISLAND

MARON CONSTRUCTION CO., INC.
Plaintiff

v. C.A. No. 04 – 398ML

NORTHEAST PANEL CO., LLC., a.k.a.
NORTHEAST PANEL CO., and
BERTRAND K. ROMPRE, individually & in his
capacity as Manager of NORTHEAST PANEL CO., LLC,
Defendants

**MEMORANDUM OF POINTS AND AUTHORITIES**
**IN SUPPORT OF**
**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT**

Plaintiff Maron Construction Co., Inc. (hereinafter "Plaintiff"), by and through its undersigned counsel, files this memorandum in support of its motion requesting that the Clerk of the United States District Court for the District Court of Rhode Island pursuant to Rule 55(a) of the Federal Rules of Civil Procedure enter default against defendant Northeast Panel Co., LLC and defendant Bertrand K. Rompre.

As verified in the Affidavit of Non-Military Service filed herewith, defendant Northeast Panel Co., LLC and defendant Bertrand K. Rompre were each served with the complaint in this matter during September 2004. Service on each defendant was effectuated by certified mail return receipt. The summonses and returned certified mail receipts were previously filed with the Court. More than twenty (20) days have passed after service and neither defendant has filed an answer or responsive pleading with the Court.

As fully delineated in the Plaintiff's Motion to Adjudge Defendant Bertrand K. Rompre in Contempt of Court, the defendants' material breach and repudiation of the parties' Arbitration Submission Agreement, as well as defendant Rompre's on-going violation of two orders of this

Court, invalidated the parties' stipulated stay in this matter not later than March 26, 2007. As a matter of law, the defendants' uncontroverted material breach and repudiation of the parties' Arbitration Submission Agreement invalidated the stay pending arbitration in this matter. As a matter of law, the defendants may not further exploit that violated and nullified stipulated stay pending arbitration now to forestall the instant entry of default pursuant to Rule 55 (a). See Conetta v. Nat'l Hair Care Ctrs., Inc., 236 F.3d 67, 75, 78 (1st Cir. 2001) (affirming district court's refusal to set aside default where defendant's president knew that amended complaint had been filed and chose for improper reasons not to defend the case); McKinnon v. Kwong Wah Rest., 83 F.3d 498, 502, 509 (1st Cir. 1996) (upholding denial of motion to lift default and file late answer where defendants were granted one enlargement of time but still failed to file timely answer).

WHEREFORE, the plaintiff requests that default enter in accordance with Rule 55(a) against Defendants Northeast Panel Co., LLC and Bertrand K. Rompre.

Respectfully submitted,

Plaintiff Maron Construction Co., Inc.

**/s/ Charles S. Kirwan____________**

Charles S. Kirwan, Esquire (4050)
Charles S. Kirwan & Associates
204 King Philip Street
Providence, Rhode Island 02909-5751
(401) 359-1166
(401) 272-6875 (Fax)

CERTIFICATION OF SERVICE

I hereby certify that on this 24th day of April, 2007, that I caused a true copy of the foregoing to be transmitted via telecopier and mailed U.S. Postal Service Overnight Express Mail postage prepaid to the Defendants in this action: Bertrand K. Rompre and Northeast Panel Company LLC, 325 Main Street, Farmington, CT 06032.

**/s/ Charles S. Kirwan____________**
Charles S. Kirwan