UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MARON CONSTRUCTION CO., INC.
Plaintiff

v. C.A. No. 04 – 398ML

NORTHEAST PANEL CO., LLC., a.k.a.
NORTHEAST PANEL CO., and
BERTRAND K. ROMPRE, individually & in his
capacity as Manager of NORTHEAST PANEL CO., LLC,
Defendants

**AFFIDAVIT OF NONMILITARY SERVICE, COMPETENCE AND FAILURE TO PLEAD OR OTHERWISE DEFEND**

The undersigned, being duly sworn, upon oath deposes and swears:

1. Defendant Northeast Panel Co., LLC and defendant Bertrand K. Rompre were each served with the complaint in this matter during September 2004.

2. Service on each defendant was effectuated by certified mail return receipt. The summonses and returned certified mail receipts were previously filed with the Court.

3. More than twenty (20) days have passed after service and neither defendant has filed an answer or responsive pleading with the Court as required by the Federal Rules of Civil Procedure.

4. Defendant Bertrand K. Rompre was not at the time of the commencement of this action or now in the military service as defined in Article 1 of the Soldier's and Sailor's Civil Relief Act of 1940 as amended nor is he either an infant or incompetent.

5. Defendant Bertrand K. Rompre is a resident of Farmington, Connecticut and is the Manager and owner of Northeast Panel Co., LLC, a Connecticut limited liability company engaged in and affecting interstate commerce with a regular place of business in Farmington, Connecticut.

**/s/ Charles S. Kirwan**____________
Charles S. Kirwan, Esquire (4050)
Charles S. Kirwan & Associates
204 King Philip Street
Providence, Rhode Island 02909-5751
(401) 359-1166
(401) 272-6875 (Fax)

VERIFICATION

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of American that the forgoing is true and correct. Executed this 24th day of April, 2007.

**/s/ Charles S. Kirwan____________**

CERTIFICATION OF SERVICE

I hereby certify that on this 24th day of April, 2007, that I caused a true copy of the foregoing to be transmitted via telecopier and mailed U.S. Postal Service Overnight Express Mail postage prepaid to the Defendants in this action: Bertrand K. Rompre and Northeast Panel Company LLC, 325 Main Street, Farmington, CT 06032.

**/s/ Charles S. Kirwan____________**
Charles S. Kirwan