UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MARON CONSTRUCTION CO., INC.
Plaintiff

v. C.A. No. 04 – 398ML

NORTHEAST PANEL CO., LLC., a.k.a.
NORTHEAST PANEL CO., and
BERTRAND K. ROMPRE, individually & in his
capacity as Manager of NORTHEAST PANEL CO., LLC,
Defendants

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT**

NOW COMES Plaintiff Maron Construction Co., Inc. (hereinafter "Plaintiff"), by and through its undersigned counsel, and moves that the Clerk of the United States District Court for the District Court of Rhode Island, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure enter default against the Defendants Northeast Panel Co., LLC and Bertrand K. Rompre. The Defendants Northeast Panel Co., LLC and Bertrand K. Rompre were each served with the complaint in this matter. Service on the Defendants was effectuated by certified mail return receipt. The summonses and returned certified mail receipts were previously filed with the Court. More than twenty (20) days have passed after service and neither Defendant has filed an answer or responsive pleading with the Court.

Plaintiff supports this motion with the requisite memorandum of points and authorities filed herewith.

**DEFAULT HEREBY ENTERED
AS TO:
Northeast Panel Co., LLC
a/k/a Northeast Panel Co.**

**DEPUTY CLERK
April 24, 2007**