UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MARON CONSTRUCTION CO., INC.
Plaintiff
v. C.A. No. 04 – 398ML

NORTHEAST PANEL CO., LLC., a.k.a.
NORTHEAST PANEL CO., and
BERTRAND K. ROMPRE, individually & in his
capacity as Manager of NORTHEAST PANEL CO., LLC,
Defendants

**PLAINTIFF'S NOTICE OF NO OBJECTION**
**TO DEFENDANTS' MOTION TO CONTINUE HEARING**

NOW COMES Plaintiff Maron Construction Co., Inc. (hereinafter "Plaintiff"), and by and through its undersigned counsel, states for the record that Plaintiff has no objection to the Defendants' request that the Court continue the hearing noticed for June 8, 2007 at 11:00 for thirty (30) days or other period acceptable to the Court.

Respectfully submitted,

Plaintiff Maron Construction Co., Inc.

**/s/ Charles S. Kirwan**
Charles S. Kirwan, Esquire (4050)
Charles S. Kirwan & Associates
204 King Philip Street
Providence, Rhode Island 02909-5751
(401) 359-1166
(401) 272-6875 (Fax)

CERTIFICATION OF SERVICE

I hereby certify that on this 7th day of June, 2007, that I caused a true copy of the foregoing to be transmitted via telecopier and mailed U.S. Postal Service Overnight Express Mail postage prepaid to the Defendants in this action: Bertrand K. Rompre and Northeast Panel Company LLC, 325 Main Street, Farmington, CT 06032.

**/s/ Charles S. Kirwan**
Charles S. Kirwan