UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MARON CONSTRUCTION CO., INC.
Plaintiff
v. C.A. No. 04 – 398ML

NORTHEAST PANEL CO., LLC., a.k.a.
NORTHEAST PANEL CO., and
BERTRAND K. ROMPRE, individually & in his
capacity as Manager of NORTHEAST PANEL CO., LLC,
Defendants

**PLAINTIFF'S (CONSENTED TO) MOTION TO CONTINUE HEARING**

NOW COMES Plaintiff Maron Construction Co., Inc. (hereinafter "Plaintiff"), and by and through its undersigned counsel, respectfully requests that the Court continue the hearing noticed for August 9, 2007 at 10:00 to the week of September 17, 2007 or other date acceptable to the Court. Defendant likewise seeks a continuance and has no objection to this request. The primary reason for the requested continuance is to increase the potential for a comprehensive settlement. Plaintiff shall request no further continuance.

Respectfully submitted,

Plaintiff Maron Construction Co., Inc.

**/s/ Charles S. Kirwan**

Charles S. Kirwan, Esquire (4050)
Charles S. Kirwan & Associates
204 King Philip Street
Providence, Rhode Island 02909-5751
(401) 359-1166
(401) 272-6875 (Fax)

CERTIFICATION OF SERVICE

I hereby certify that on this 2nd day of August, 2007, that I caused a true copy of the foregoing to be transmitted via telecopier and mailed first class postage prepaid to the Defendants in this action: Bertrand K. Rompre and Northeast Panel Company LLC, 325 Main Street, Farmington, CT 06032.

**/s/ Charles S. Kirwan**____________
Charles S. Kirwan