UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MARON CONSTRUCTION CO., INC.
Plaintiff

v. C.A. No. 04 – 398ML

NORTHEAST PANEL CO., LLC., a.k.a.
NORTHEAST PANEL CO., and
BERTRAND K. ROMPRE, individually & in his
capacity as Manager of NORTHEAST PANEL CO., LLC,
Defendants

AFFIDAVIT OF THOMAS MARON

I, Thomas Maron, hereby declare under penalty of perjury, that the following facts are true and correct.

1. I have personal knowledge of the facts recited herein.

2. Plaintiff Maron Construction Co., Inc. ("Maron Construction ") is a Rhode Island corporation engaged in the construction industry as a general contractor.

3. At all times relevant to this action, I have been Vice President of Maron Construction and I have been employed by Maron Construction since 1983.

4. As Vice President of Maron Construction, I was responsible and remain responsible for contract dealings and communications with the Defendants in this action, Defendant Northeast Panel Co., LLC, aka Northeast Panel Co. ("Defendant Northeast Panel"), a Connecticut corporation, and Defendant Bertrand K. Rompre ("Defendant Rompre"), the Manager of Defendant Northeast Panel.

5. In 2003, I negotiated with Defendant Rompre, whereupon Maron Construction entered into a "time is of the essence" fixed price subcontract with Defendant Northeast Panel ("the parties' subcontract") to provide all labor and materials and to furnish and install the roofing

products and roofing systems specified in Maron Construction's contract with the Rhode Island Air Nation Guard (RIANG) for a RIANG construction project.

6. The parties' subcontract required that Defendant Northeast Panel complete its specified renovation work on the existing RIANG building by August 27, 2003 and to complete its work on the new RIANG addition by November 5, 2003. Defendant Northeast Panel failed to satisfy either deadline without justification or excuse, did not perform the subcontracted work in a workmanlike manner, and otherwise committed multiple material breaches of the parties' subcontract, Furthermore, Defendant Northeast Panel remains in breach by failing or refusing to perform the remedial work necessary to secure the contractually required roofing warranty.

7. I hereby declare under penalty of perjury that I have reviewed the complaint filed to commence this action and confirm that the factual averments contained in that complaint are true and correct. However, due to events that occurred during the period 2004 to 2007, after the complaint was filed in this action in 2004, it has been necessary to update and adjust the calculation of the actual monetary damages suffered by Maron Construction as the direct and proximate result of the Defendants' wrongful course of conduct.

8. Based upon contemporaneously prepared business records regularly maintained and relied upon in the course of Maron Construction's business, based upon the controlling terms of the parties' subcontract, in strict conformity with standard construction industry practices, and based upon actual expenses incurred, I carefully computed, in a manner that was fair and reasonable, the actual monetary damages to which Maron Construction stands entitled to recover as alleged in the complaint in this matter. The complaint reports $90,875.03 as Maron Construction's actual monetary damages, the dollar amount that I computed as of 2004. Note

that Count IV of the complaint seeks an award that trebles Maron Construction's actual monetary damages.

9. During April 2007 and again in September 2007, I carefully reviewed all business records pertaining to the parties' subcontract for the purpose of updating and verifying the actual monetary damages suffered by Maron Construction. My original 2004 damage computation in the amount of $90,875.03, must be updated and adjusted to the net amount of $117,907.02. Neither amount includes any interest. Attached hereto is a five (5) page summary that specifies the payment history regarding the parties' subcontract and each element of the actual financial damages claimed by Maron, that now amounts to $117,907.02. As noted, Count IV of the complaint seeks an award that trebles Maron Construction's actual financial damages. Accordingly, Maron seeks judgment in the amount of $353,721.06, plus interest and court costs.

VERIFICATION

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 8th day of September, 2007.

Thomas Maron

CERTIFICATION OF SERVICE

I hereby certify that on this 9th ~~rd~~ day of September, 2007, that I caused a true copy of the foregoing to be mailed via U.S. Postal Service Overnight Express Mail postage prepaid and certified mail return receipt requests to the Defendants in this action: Bertrand K. Rompre and Northeast Panel Company LLC 325 Main Street, Farmington, CT 06032.

**/s/ Charles S. Kirwan**
Charles S. Kirwan

SUMMARY OF ALL COSTS INCURRED TO DATE BY MARON CONSTRUCTION

| | |
|---|---|
| Costs incurred prior to 2005 (Items 1-12) | $ 91,726.18 |
| Costs incurred during 2005 (Item 13) | $ 7,889.02 |
| Costs incurred during 2006-2007 (Item 14) | $ 24,070.35 |
| Subtotal | $123,685.55 |
| | |
| OH & Profit .15 x $123,685.55 | $ 18,552.83 |
| Bond Cost .011 x $123,685.55 | $ 1,360.54 |
| | |
| Total | $143,598.92 |
| | |
| NE Panel Balance | <$ 42,691.90> |
| | |
| Total Monetary Damages Suffered by Maron Construction | $100,907.02 |

MARON v. NORTHEAST PANEL – RIANG SQUADRON OPERATIONS

## ACTUAL COSTS

| | |
|---|---|
| 1. Letter dated March 8 | |
| • Replace damaged drywall | $ 5,273.00 |
| • Taping | $ 1,513.00 |
| • Added Protection of roof due to delay | $11,240.00 |
| • Additional supervision | $24,960.00 |
| Subtotal | $42,986.00 |
| 2. Temporary patching of roof to eliminate and control leaks Letter dated April 15 | |
| • 11 supervisor hours x $52.00 | $ 572.00 |
| • 17 carpenter hours x $49.10 | $ 834.70 |
| • 17 laborer hours x $45.50 | $ 773.50 |
| Subtotal | $ 2,180.20 |
| 3. Additional tasks – Letter dated May 7 | |
| • April 24 – 15 carpenter hours x $49.10 | $ 736.50 |
| • April 26 – 4 carpenter hours x $52.00 | $ 208.00 |
| Subtotal | $ 944.50 |
| 4. A. Korey Construction – work order to repair damaged Cleanouts. Cleanouts were damaged by lifts Letter dated May 19 | |
| • Total cost | $ 1,601.22 |
| 5. Backcharge from Tower Construction for having to Remobilize as a result of roof edge not being Complete | |
| • Total cost | $ 1,765.60 |
| 6. Additional cleaning that we were forced to perform for Northeast to remove all excess panels | |
| • 7/24, 7/17 Labor – 37 hours | $ 2,035.00 |
| 7. Cost of cleaning of excessive adhesive | |
| • 7/3 – Labor – 20 hours | $ 1,200.00 |
| 8. Work performed per letter dated June 15 | |
| • Total cost | $ 2,887.00 |

9. Various materials

| | |
|---|---|
| ICI # 0270-234421 | $42.03 |
| MBCI # 1595163 | $1,277.53 |
| Kamco # 9650115 | $74.63 |
| Kamco # 9650625 | $42.19 |
| Contractor's Supply # 4420148 | $83.93 |
| M & J Supply # 0285456 | $51.31 |
| ICI # 0270-235611 | $39.10 |
| MBCI # 1639323 | $674.50 |
| AH Harris # 883278 | $17.20 |
| Total | $2,302.42 |

10. Paid MBCI directly for bills never paid by Northeast Panel $7,700.24

11. Additional labor to install panels, fasteners, painting, clean up and all else to achieve a weather tight warranty.

280 hrs x $60.00/hr $16,800.00

12. Universal Steel-subcontractor who seamed all the damaged or disapproved seams $ 9,324.00

**SUBTOTAL ITEMS # 1- # 12** $91,726.18

ITEM 13

ACTUAL COSTS INCURRED BY MARON CONSTRUCTION DURING 2005

| Material | Date | Cost |
|---|---|---|
| RC Metals | 04/27/05 | $ 390.00 |
| Contractors Supply | 02/23/05 | $ 120.38 |
| AH Harris | 02/22/05 | $ 112.99 |
| AH Harris | 03/03/05 | $ 64.13 |
| RC Metals | 02/28/05 | $ 985.00 |
| Contractors Supply | 04/01/05 | $ 203.00 |
| MBCI | 06/27/05 | $ 1,123.48 |
| MBCI #1895532 | 07/26/05 | $ 2,937.70 |
| Kamco #9754005 | 06/29/05 | $ 202.20 |
| ICI #0270-240025 | 06/29/05 | $ 22.14 |
| Labor to install additional flashing | 32 hours x $54.00 | $ 1,728.00 |
| Subtotal | | $ 7,889.02 |

ITEM14

ACTUAL COSTS INCURRED BY MARON CONSTRUCTION DURING 2006 – 2007

| Material | Date | Amount |
|---|---|---|
| Kamco #9884472 | 12/11/06 | $ 84.48 |
| Arnold Lumber#2437887 | 05/03/06 | $ 20.93 |
| Kamco #9984408 | 12/08/06 | $ 69.51 |
| ICI #0270-251784 | 12/08/06 | $ 86.93 |
| MBCI #2288637 | 11/28/06 | $ 158.65 |
| MBCI #2244294 | 10/12/06 | $ 18.59 |
| MBCI #2271167 | 08/23/06 | $ 2,517.32 |
| MBCI #2269043 | 08/23/06 | $ 1,320.82 |
| ICI #0270-246492 | 04/21/06 | $ 21.50 |
| One Stop #144985 | 04/24/06 | $ 32.16 |
| One Stop #146550 | 05/08/06 | $ 11.69 |
| Kamco #9854459 | 02/15/06 | $ 88.77 |
| Kamco #9984941 | 12/11/06 | $ 84.48 |
| Ruggieri | 04/20/06 | $ 20.54 |
| Dell Computer | 12/19/06 | $ 887.02 |
| American Lift #203431 | 02/21/07 | $ 287.00 |
| Subtotal | | $ 5,710.39 |
| Matt Rickis | 09/22/06 | $ 1,583.00 |
| Matt Rickis | 06/23/06 | $ 400.00 |
| Matt Rickis | 08/11/06 | $ 1,997.96 |
| Matt Rickis | 08/18/06 | $ 2,475.00 |
| Subtotal | | $ 6,455.96 |
| Maron Labor 192 Hours x $62.00/hr | | $ 11,904.00 |
| Costs for 2006-2007 | | $ 24,070.35 |