UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MARON CONSTRUCTION CO., INC.
Plaintiff

v. C.A. No. 04 – 398ML

NORTHEAST PANEL CO., LLC., a.k.a.
NORTHEAST PANEL CO., and
BERTRAND K. ROMPRE, individually & in his capacity as Manager of NORTHEAST PANEL CO., LLC,
Defendants

**AFFIDAVIT OF NONMILITARY SERVICE**

The undersigned, being duly sworn, upon oath deposes and swears:

1. Notice of Plaintiff's Motion for Entry of Default Judgment (Rule 55 (b)) was mailed certified mail return receipt requested and U.S. Postal Service Overnight Express Mail postage prepaid to the Defendant Northeast Panel Co., LLC and Defendant Bertrand K. Rompre at their last known address Northeast Panel Company LLC, 325 Main Street, Farmington, CT 06032.

2. Defendant Bertrand K. Rompre was not at the time of the commencement of this action or now in the military service as defined in Article 1 of the Soldier's and Sailor's Civil Relief Act of 1940 as amended nor is he either an infant or incompetent.

Respectfully submitted,

**/s/ Charles S. Kirwan____________**

Charles S. Kirwan, Esquire (4050)
Charles S. Kirwan & Associates
204 King Philip Street
Providence, Rhode Island 02909-5751
(401) 359-1166
(401) 272-6875 (Fax)

VERIFICATION

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of American that the forgoing is true and correct. Executed this 9th day of September, 2007.

**/s/ Charles S. Kirwan____________**

CERTIFICATION OF SERVICE

I hereby certify that on this 9th day of September, 2007, that I caused a true copy of the foregoing to be mailed certified mail return receipt requested and U.S. Postal Service Overnight Express Mail postage prepaid to the Defendants in this action: Bertrand K. Rompre and Northeast Panel Company LLC, 325 Main Street, Farmington, CT 06032.

**/s/ Charles S. Kirwan____________**
Charles S. Kirwan