UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MARON CONSTRUCTION CO., INC.
Plaintiff
v. C.A. No. 04 – 398ML

NORTHEAST PANEL CO., LLC., a.k.a.
NORTHEAST PANEL CO., and
BERTRAND K. ROMPRE, individually & in his
capacity as Manager of NORTHEAST PANEL CO., LLC,
Defendants

**PLAINTIFF'S (CONSENTED TO) MOTION TO CONTINUE HEARING**

NOW COMES Plaintiff Maron Construction Co., Inc. (hereinafter "Plaintiff"), and by and through its undersigned counsel, respectfully requests that the Court continue the hearing noticed for September 25, 2007 at 10:00 to a date acceptable to the Court. Defendant likewise seeks a continuance and has no objection to this request. The requested extension will ultimately conserve resources by consolidating the hearing on the contempt and show cause issues with the more recently filed motion for default judgment.

This request is made due to two scheduling mistakes made by Plaintiff's undersigned counsel. First, when filing the motion for default judgment, it was mistakenly assumed that a 14-day objection/response time would be calculated by the Pacer on-line filing system. However, Pacer assigned a 17-day objection response time, ending on September 26. As a result, two separate hearings will now be required to decide all extant motions if the September 25 hearing is not rescheduled.

Second, in a completely unrelated AAA construction arbitration (not involving any party to this action), Plaintiff's undersigned counsel calendared September 26 and 27 as the arbitration hearing dates, when in fact the arbitration will be conducted starting at 8:00 on September 25 and 26. The Arbitrator and opposing counsel from Adler Pollock Sheehan have been advised of the

conflict, are not able to reschedule to a reasonable continuation date, and requested that Plaintiff's undersigned counsel seek a continuance to avoid the interruption of the first day of the arbitration hearings, which shall continue in any event as scheduled, without or without interruption.

Plaintiff's undersigned counsel apologizes for these errors. It is respectfully requested that this Honorable Court set a new final hearing date that will allow one consolidated hearing to decide all motions remaining for decision in this action.

Respectfully submitted,

Plaintiff Maron Construction Co., Inc.

**/s/ Charles S. Kirwan____________**
Charles S. Kirwan, Esquire (4050)
Charles S. Kirwan & Associates
204 King Philip Street
Providence, Rhode Island 02909-5751
(401) 359-1166
(401) 272-6875 (Fax)

CERTIFICATION OF SERVICE

I hereby certify that on this 24th day of September, 2007, that I caused a true copy of the foregoing to be transmitted via telecopier and mailed first class postage prepaid to the Defendants in this action: Bertrand K. Rompre and Northeast Panel Company LLC, 325 Main Street, Farmington, CT 06032.

**/s/ Charles S. Kirwan____________**
Charles S. Kirwan