UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MARON CONSTRUCTION CO., INC.
Plaintiff

v. C.A. No. 04 – 398ML

NORTHEAST PANEL CO., LLC., a.k.a.
NORTHEAST PANEL CO., and
BERTRAND K. ROMPRE, individually & in his
capacity as Manager of NORTHEAST PANEL CO., LLC,
Defendants

**SUPPLEMENTAL AFFIDAVIT OF SERVICE**
**FILED IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

The undersigned, being duly sworn, upon oath deposes and swears:

1. On September 9, 2007, Notice of Plaintiff's Motion for Entry of Default Judgment (Rule 55 (b)) was mailed certified mail return receipt requested and U.S. Postal Service Overnight Express Mail postage prepaid to the Defendant Northeast Panel Co., LLC and Defendant Bertrand K. Rompre at their last known address Northeast Panel Company LLC, 325 Main Street, Farmington, CT 06032.

2. Attached hereto is the postage receipt dated September 9, 2007, recording payment in the amount of $6.45 for the certified mail return receipt requested for delivery to the defendants using certified mail # 7006 08180 0001 9065 62332, together with the duly retuned green card signed for at the Defendants' last known and current business address.

Respectfully submitted,

**/s/ Charles S. Kirwan____________**
Charles S. Kirwan, Esquire (4050)
Charles S. Kirwan & Associates
204 King Philip Street
Providence, Rhode Island 02909-5751
(401) 359-1166
(401) 272-6875 (Fax)

VERIFICATION

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of American that the forgoing is true and correct. Executed this 24th day of September, 2007.

**/s/ Charles S. Kirwan____________**

CERTIFICATION OF SERVICE

I hereby certify that on this 24th day of September, 2007, that I caused a true copy of the foregoing to be mailed first class postage prepaid to the Defendants in this action: Bertrand K. Rompre and Northeast Panel Company LLC, 325 Main Street, Farmington, CT 06032.

**/s/ Charles S. Kirwan____________**
Charles S. Kirwan