```
======================================
         PROVIDENCE MPO
    PROVIDENCE, Rhode Island
           029049713
        4371430102-0095
09/09/2007 (800)275-8777 10:44:20 AM
======================================
──────── Sales Receipt ────────
Product          Sale Unit      Final
Description      Qty  Price     Price
──────────────────────────────────────

FARMINGTON CT 06032              $1.65
Zone-2 First-Class
Large Env
 5.60 oz.
 Return Rcpt (Green              $2.15
 Card)

 Certified                       $2.65
 Label #:       70060810000190656232
                              ========
 Issue PVI:                      $6.45

FARMINGTON CT 06032             $16.25
Zone-2 Express Mail
PO-Add Flat Rate
 6.40 oz.
 Label #:        EV806518991US
 Next Day 3PM    /
 Normal Delivery
 Paid by account:               $16.25
  EMCA number:   028471
FARMINGTON CT 06032             $16.25
Zone-2 Express Mail
PO-Add Flat Rate
 6.40 oz.
 Label #:        EV806518988US
 Next Day 3PM    /
 Normal Delivery
 Paid by account:               $16.25
  EMCA number:   028471
                            ==========
Total:                           $6.45

Paid by:
Cash                            $20.00
Change Due:                     -$13.55

Order stamps at USPS.com/shop or
call 1-800-Stamp24.  Go to
USPS.com/clicknship to print
shipping labels with postage.  For

other information call
1-800-ASK-USPS.

Bill#:1000500555593
Clerk:07

All sales final on stamps and postage.
Refunds for guaranteed services only.
     Thank you for your business.
*************************************
*************************************
       HELP US SERVE YOU BETTER

     Go to: http://gx.gallup.com/pos

       TELL US ABOUT YOUR RECENT
          POSTAL EXPERIENCE

          YOUR OPINION COUNTS
*************************************
*************************************


            Customer Copy
```

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com®

OFFICIAL USE

FARMINGTON CT 06032

| | | |
|---|---|---|
| Postage | $ | $1.65 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.45 |

0102 Postmark Here — PROVIDENCE RI MAIN PO UNIT USPS SEP 9 2007 09/09/2007

Sent To: BERTRAND K. ROMPRE
NORTHEAST PANEL CO LLC
Street, Apt. No.; or PO Box No.: 325 MAIN ST
City, State, ZIP+4: FARMINGTON CT 06032

PS Form 3800, June 2002 — See Reverse for Instructions

7006 0810 0001 9065 6232

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

BERTRAND K. ROMPRE
NORTHEAST PANEL CO LLC
325 MAIN STREET
FARMINGTON CT
06032

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X Christine Brown ☐ Agent ☐ Addressee
B. Received by (Printed Name) C. Date of Delivery 9/10/07
D. Is delivery address different from item 1? ☐ Yes If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7006 0810 0001 9065 6232

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540