AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

APPEARANCE

v.

CASE NUMBER: CA 04-398 ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

BERTRAND K. ROMPRE (PRO SE)

I certify that I am admitted to practice in this court.

9.25.07

*Date*

[signature]

*Signature*

BERTRAND K. ROMPRE

*Print Name* *Bar Number*

325 MAIN STREET

*Address*

FARMINGTON CT 06032

*City* *State* *Zip Code*

860-678-9078 860-676-1282

*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.