AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF RI

Maron Construction
V.
Northeast Panel Co., et al.

## EXHIBIT AND WITNESS LIST

Case Number: CA 04-398ML

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Mary M. Lisi | Charles S. Kirwan | Bertrand K. Rompre (pro se deft) |
| **TRIAL DATE (S)** M/Default Judgment 9/25/07 | **COURT REPORTER** Karen Wischnowsky | **COURTROOM DEPUTY** John Duhamel |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | >>>>>>>> W-1 Thomas Maron |
| 1 | | 9/25/07 | | x | Affidavit of Thomas Maron |
| 2 | | 9/25/07 | | x | Affidavit of attoney fees |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.