UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MARON CONSTRUCTION CO., INC.
Plaintiff

v. C.A. No. 04 – 398ML

NORTHEAST PANEL CO., LLC., a.k.a.
NORTHEAST PANEL CO., and
BERTRAND K. ROMPRE, individually & in his
capacity as Manager of NORTHEAST PANEL CO., LLC,
Defendants

# JUDGMENT

This matter came on for hearing on the 25th day of September, 2007, before Chief Judge Lisi on Plaintiff's Motion for Entry of Default Judgment, with the hearing continuing on October 12, 2007. Default having been entered against both Defendants on April 24, 2007, the Motion for Entry of Default Judgment was granted against both Defendants. Plaintiff presented evidence to establish the proper amount of damages claimed in the complaint. The issues and evidence having been evaluated, and a decision having been duly rendered on October 12, 2007, it is hereby

ORDERED and ADJUDGED as follows:

1. Judgment hereby enters jointly and severally against Northeast Panel Co., LLC., and Bertrand K. Rompre in favor of Maron Construction Co., Inc.

2. Plaintiff established resulting damages in the amount of $122,013.62.

3. Plaintiff's claim for treble damages under the Rhode Island RICO statute is denied.

4. Statutory prejudgment interest, applicable to this diversity action pursuant to R.I. Gen. Laws § 9-21-10(a), is computed upon the amount of $122,013.62 at the rate of one per cent per month from November 5, 2003 to October 12, 2007 in the amount of $57,627.03.

5. As taxable court costs, the $150.00 filing fee Plaintiff paid is added to the judgment.

6. Post-judgment interest, if any, shall accrue at the federal rate pursuant to 28 U.S.C. § 1961.

7. Judgment in the total amount of $179,790.65 shall enter jointly and severally against Northeast Panel Co., LLC., and Bertrand K. Rompre in favor of Maron Construction Co., Inc.

Entered, this 18th day of October, 2007.

ORDERED

Date: 10/18/07

ENTER Mary M. Lisi USDJ

Date: 10/18/07

Proposed Judgment presented by:

Charles S. Kirwan (#4050)
CHARLES S. KIRWAN & ASSOCIATES
204 King Philip Street
Providence, RI 02909
401-359-1166
401-272-6875 (fax)
Counsel to Plaintiff Maron Construction Co., Inc.

CERTIFICATION OF SERVICE

I hereby certify that on this 17th day of October, 2007, that I caused a true copy of the foregoing proposed form of Judgment to be transmitted via telecopier and to be mailed first class postage prepaid to the Defendants in this action: Bertrand K. Rompre and Northeast Panel Company LLC, 325 Main Street, Farmington, CT 06032.

Charles S. Kirwan